**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7799**

---

In Re:  VINCENT MISSOURI,

                                                Petitioner.

---

On Petition for Writ of Mandamus.
(CR-00-498; CA-05-1598)

---

Submitted:  March 24, 2006          Decided:  April 4, 2006

---

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Vincent Missouri, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vincent Missouri petitions for writ of mandamus, alleging the district court has unduly delayed acting on his motion filed pursuant to 28 U.S.C. § 2255 (2000). He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court has recently denied relief on Missouri's § 2255 motion. See United States v. Missouri, 6:05-cv-01598-MBS (D.S.C. Dec. 8, 2005). Accordingly, because the district court has decided Missouri's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED